## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| MARVIN C. STOXSTELL, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.  2:23-CV-00188-RWS-RSP |
| | § | |
| UNION PACIFIC RAILROAD, | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

### ORDER

Before the Court is the Joint Stipulation of Dismissal filed by Marvin C. Stoxstell and Union Pacific Railroad. (Dkt. No. 41.) In the Stipulation, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action WITH prejudice. (*Id.* at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**SIGNED this 17th day of October, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE